ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 6-19-13
DEPUTY CLERK

JS-6 Entered
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUN 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MIGUEL AGUIRRE,<br><br>Petitioner,<br><br>vs.<br><br>GERALD JANDA, Warden,<br><br>Respondent. | Case No. EDCV 12-0859-JVS (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6/17/13

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE